UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-25275-JLK

WILLIAM SOLANO,

      Plaintiff,

v.

VINEYARD VINES RETAIL, LLC, a Foreign
Limited Liability Company,

      Defendant.

_____/

**NOTICE OF SETTLEMENT**

Defendant Vineyard Vines Retail, LLC ("Defendant"), by and through its undersigned counsel, hereby gives the Court notice that Plaintiff, William Solano and Defendant have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

| | |
|---|---|
| Dated: March 5, 2020. | */s/ Beth S. Joseph*<br>Anne Marie Estevez<br>Florida Bar No. 991694<br>Beth S. Joseph<br>Florida Bar No. 00062952<br>annemarie.estevez@morganlewis.com<br>beth.joseph@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>200 South Biscayne Boulevard, Suite 5300<br>Miami, FL 33131-2339<br>Telephone: 305.415.3330<br>Facsimile: 877.432.9652<br><br>*Counsel for Defendant* |

DB1/ 112234806.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Beth S. Joseph*
Beth S. Joseph

## SERVICE LIST

Diego German Mendez, Esq.
Mendez Law Offices, PLLC
PO  Box 228630
Miami, Florida  33172
Telephone:  305.264.9090
Facsimile:  305.809.8474
Email:  info@mendezlawoffices.com

*Counsel for Plaintiff*

Lydia C. Quesada, Esq.
Adams & Associates, P.A.
6500 Cowpen Road
Suite 101
Miami Lakes, Florida  33014
Telephone:  305.824.9800
Facsimile:  305.824.3868
Email:  lr1208@live.com

*Counsel for Plaintiff*